

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2015

No. 04-15-00621-CV

**IN THE INTEREST OF J.C.,** a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM503338
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

On August 31, 2015, the trial court signed an order establishing the parent-child relationship and determining conservatorship and visitation. *See* TEX. FAM. CODE ANN. § 160.601 (West 2014). A notice of appeal was due on September 30, 2015, and a motion for extension of time to file a notice of appeal was due on October 15, 2015. *See* TEX. R. APP. P. 26.1, 26.3.

On October 1, 2015, after the deadline to file the notice of appeal, the child's father filed a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellant to SHOW CAUSE in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *id.* R. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court

